ACCEPTED
05-14-01146-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/27/2015 2:59:45 PM
LISA MATZ
CLERK

NO. 05-14-01146-CR

| | | |
|---|---|---|
| JOSEPH WAYNE HUNTER | § | IN THE COURT OF APPEALS |
| VS. | § | FOR THE FIFTH DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT DALLAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/27/2015 2:59:45 PM
LISA MATZ
Clerk

ON APPEAL FROM THE
265TH JUDICAL DISTRICT COURT
OF DALLAS COUNTY, TEXAS
IN CAUSE NO. F13-56295-R

APPELLANT'S MOTION  FOR LEAVE TO FILE APPELLANT'S BRIEF AND MOTION TO LIFT ORDER OF ABATEMENT AND REINSTATE APPEAL

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW the Appellant, Joseph Wayne Hunter, and respectfully requests that the time for the filing of the Appellant's brief in the above-styled and -numbered cause be extended, that the brief tendered herewith be accepted by the Court and  filed *instanter*, and that the Court's order of abatement issued May 19, 2015 be lifted and the appeal reinstated.  In support of this motion the Appellant would show the Court the following:

I.

Appellant was convicted of aggravated assault and was sentenced to 25 years' imprisonment.

## II.

The deadline for the filing of the Appellant's brief was February 27, 2015. Appellant respectfully requests an extension of time until May 27, 2015, and further requests that the brief tendered to the Court herewith be accepted by the Court and filed *instanter*.

## III.

One previous extension of time has been granted.

## IV.

The Appellant would show the Court that a reasonable explanation exists for the requested extension:

Since the first extension was requested on January 29, 2015, the undersigned attorney has filed briefs in 11 cases, and a PDR in 2 cases, to-wit: *Elizondo*, No. 05-14-00535-CR, brief filed February 12, 2015; *Nino*, No. 05-14-00787-CR, brief filed February 19, 2015; *Jones*, Nos. 05-14-01485-CR & 05-14-01486-CR, brief filed February 26, 2015; *Jones*, No. 05-14-01487-CR, brief filed February 26, 2015; *Leatch*, No. 05-14-01496-CR, brief filed March 6, 2015; *Silva*, No. 05-14-00428-CR, brief filed March 13, 2015; *Jackson*, Nos. PD-00208-15 and PD-00209-15, PDR filed March 23, 2015; *Mikroberts*, No. 05-14-00994-CR, brief filed April 6, 2015; *Rico*, No. 05-14-00251-CR, brief filed April 22, 2015;

*Jackson*, No. 05-14-00297-CR, brief filed April 30, 2015; and *Reyes*, No. 06-14-00228-CR, brief filed May 12, 2015.

The undersigned attorney further states that Appellant's appeal was never abandoned and that the brief was prepared as quickly as was possible, given the undersigned attorney's extensive caseload and briefing deadlines.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests that the time for the filing of the Appellant's brief be extended until May 27, 2015, that the brief tendered to the Court be accepted by the court and filed *instanter*, and that the Court's order of abatement issued May 19, 2015, be lifted and the appeal reinstated.

Respectfully submitted,

/s/ Kathleen A. Walsh

Kathleen A. Walsh

Lynn Richardson
Chief Public Defender
Dallas County

Assistant Public Defender
State Bar No. 20802200
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-2
Dallas, TX. 75207-4399
(214) 653-3550 (telephone)
(214) 653-3539 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on the Appellate Division of the Dallas County Criminal District Attorney's Office, by electronic delivery to DCDAAppeals@dallascounty.org on the 27th day of May, 2015,

/s/ Kathleen A. Walsh
Kathleen A. Walsh